1  STROOCK & STROOCK & LAVAN LLP
   JAMES E. FITZGERALD (State Bar No. 108785)
2  ALLAN S. COHEN (State Bar No. 115532)
   2029 Century Park East
3  Los Angeles, CA 90067-3086
   Telephone:  310-556-5800
4  Facsimile:   310-556-5959
   Email:      *lacalendar@stroock.com*
5
   Attorneys for Defendant
6  TITAN AUTO INSURANCE OF
   NEW MEXICO, INC. dba
7  TITAN AUTO INSURANCE

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10                          **SACRAMENTO DIVISION**

11 KEITH HOPSON                          )  Case No. 2:14-cv-01090-MCE-DAD
                                         )
12         Plaintiff,                    )  **STIPULATION RE: FURTHER**
                                         )  **EXTENSION OF TIME FOR RESPONSE**
13    v.                                 )  **TO COMPLAINT; ORDER**
                                         )
14 TITAN AUTO INSURANCE OF NEW           )
   MEXICO, INC., dba TITAN AUTO          )
15 INSURANCE, STAFFING SOLUTIONS,        )
   INC., dba BALANCE STAFFING, ON        )
16 TRACK TRANSPORTATION, INC., T G JR    )
   AND PATRICIA PARKER TRUST,            )
17 PATRICIA PARKER and DOES 1-10,        )
   inclusive,                            )
18                                       )
           Defendants.                   )
19                                       )

WHEREAS Defendant Titan Auto Insurance of New Mexico, Inc. dba Titan Auto Insurance ("Titan") was served with the Summons and Complaint in the above-captioned matter on May 9, 2014;

WHEREAS Plaintiff and Titan previously entered into a Stipulation extending Titan's time to respond to June 27, 2014;

WHEREAS Defendants Staffing Solutions, Inc., dba Balance Staffing; On Track Transportation, Inc.; T G Jr and Patricia Parker Trust; and Patricia Parker have not yet appeared in the Action;

WHEREAS Titan is continuing to analyze the facts which pertain to its response to the Complaint;

IT IS HEREBY STIPULATED by Plaintiff Keith Hopson and Defendant Titan, by and through their respective counsel of record, that Titan's time to respond to the Complaint is further extended for a period of twenty-one days to July 18, 2014.

Dated: June 18, 2014          DANIEL MALAKAUSKAS

                              By:      /s/ Daniel Malakauskas
                                       Daniel Malakauskas

                              Attorney for Plaintiff
                                  Keith Hopson


Dated: June 18, 2014          STROOCK & STROOCK & LAVAN LLP
                              JAMES E. FITZGERALD
                              ALLAN S. COHEN

                              By:      /s/ Allan S. Cohen
                                       Allan S. Cohen

                              Attorneys for Defendant
                                  TITAN AUTO INSURANCE OF NEW
                                  MEXICO, INC. dba TITAN AUTO
                                  INSURANCE

**ORDER**

Pursuant to the parties' stipulation, Defendant Titan Auto Insurance of New Mexico, Inc. dba Titan Auto Insurance's time to respond to the Complaint is extended to July 18, 2014.

IT IS SO ORDERED.

**Dated:  June 25, 2014**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT